**LAW OFFICES OF KERMITT L. WATERS**
Kermitt L. Waters, Esq., Bar No. 2571
kermitt@kermittwaters.com
James J. Leavitt, Esq., Bar No. 6032
jim@kermittwaters.com
Michael A. Schneider, Esq., Bar No. 8887
michael@kermittwaters.com
Autumn L. Waters, Esq., Bar No. 8917
autumn@kermittwaters.com
704 South Ninth Street
Las Vegas, Nevada 89101
Telephone:     (702) 733-8877
Facsimile:      (702) 731-1964

**HUTCHISON & STEFFEN, PLLC**
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Matthew K. Schriever (10745)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
mschriever@hutchlegal.com

*Attorneys for Plaintiff Landowners*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 180 LAND COMPANY, LLC, a Nevada limited liability company; FORE STARS, LTD., SEVENTY ACRES, LLC, a Nevada limited liability company, DOE INDIVIDUALS I through X, DOE CORPORATIONS I though X, and DOE LIMITED LIABILITY COMPANIES I through X,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; ROE GOVERNMENT ENTITIES I through X; ROE CORPORATIONS I through X; ROE INDIVIDUALS I through X; ROE LIMITED-LIABILITY COMPANIES I through X; ROE QUASI-GOVERNMENTAL ENTITIES I through X,<br><br>Defendants. | Case No.: 2:19-cv-01467 -KJD-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO ECF NO. 27**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 1A 6-1, Plaintiff 180 Land Company, LLC ("180 Land") and Defendant City of Las Vegas ("City") hereby stipulate to a one-week extension (to February 17, 2020) for 180 Land to file an opposition to the City's Motion to Compel Discovery, ECF No. 27. 180 Land and the City further stipulate to a corresponding extension (to February 27, 2020) for the City to file a reply in support of ECF No. 27.

1. On January 28, 2020, the City filed a Motion to Compel Discovery.
2. The current deadline for filing an opposition is February 11, 2020.
3. Due to counsel for 180 Land's trial calendar, the parties agreed to extend the time for 180 Land to file an opposition to ECF No. 27 to February 17, 2020.
4. In light of the one-week extension provided 180 Land, the parties further agree to a corresponding extension for the City to file a reply, making the reply deadline February 27, 2020.
5. This is the first stipulation for extension of time to file an opposition or reply to ECF No. 27.

Respectfully submitted,

**LAW OFFICES OF KERMITT L. WATERS**

/s/  *Autumn Waters*
KERMITT L. WATERS, ESQ., Bar No. 2571
JAMES J. LEAVITT, ESQ., Bar No. 6032
MICHAEL SCHNEIDER, ESQ., Bar No. 8887
AUTUMN L. WATERS, ESQ., Bar No. 8917
704 S. Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Landowners*

**MCDONALD CARANO LLP**

/s/ *George F. Ogilvie III*
George F. Ogilvie III (NV Bar No. 3552)
Amanda C. Yen (NV Bar No. 9726)
Christopher Molina (NV Bar No. 14092)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

LAS VEGAS CITY ATTORNEY'S OFFICE
Bradford R. Jerbic (NV Bar No. 1056)
Philip R. Byrnes (NV Bar No. 166)
Seth T. Floyd (NV Bar No. 11959)
495 Main Street, 6th Floor
Las Vegas, Nevada 89101

LEONARD LAW, PC
Debbie Leonard (NV Bar No. 8260)
955 S. Virginia Street, Suite 220
Reno, Nevada 89502

SHUTE, MIHALY & WEINBERGER, LLP
Andrew W. Schrartz (*pro hac vice*)
Lauren M. Tarpey (*pro hac vice*)
396 Hayes Street
San Francisco, California 94102

***Attorneys for City of Las Vegas***

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2020